UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES GEBREZGIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. PHILLIPS, et al<br><br>　　　　　Defendant. | 1:22-cv-00426-GSA (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

　　　　Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neither filed an application to proceed *in forma pauperis* nor paid the $402.00 filing fee in full. Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send plaintiff a regular civil *in forma pauperis* application;

　　　　2.　　Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil *in forma pauperis* application or pay the $402.00 filing fee in full.

　　　　Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

　　Dated:　**April 16, 2022**　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE